UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   5:17–cv–02168–R–KK            Date:   12/15/2017

Title:   JAMIE STOFFEL V. KOHL S DEPARTMENT STORES, INC. ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|  Christine Chung  |  None Present  |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

     None                                                                     None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE–TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE–TRIAL CONFERENCE on July 30, 2018 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before July 9, 2018, which date will also serve as the discovery cut–off date in this action. There is no Motion Cut–Off Date set.

PRE–TRIAL CONFERENCE ORDER shall be lodged with this Court on or before July 23, 2018.

 Jury Trial is set as  August 28, 2018 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record