Julie R. Trotter, Bar No. 209675
Shirin Forootan, Bar No. 260390
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:  (949) 717-3100
jtrotter@calljensen.com
sforootan@calljensen.com

Attorneys for Defendant Kohl's Department Stores, Inc.

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMIE STOFFEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.  5:17-cv-2168 R (KKx)<br><br>**ORDER RE: SUPPORT OF STIPULATION TO EXTEND THE EXPERT DISCLOSURE DEADLINE FROM MAY 30, 2018 TO JUNE 29, 2018**<br><br>Complaint Filed:   August 24, 2017<br>Trial Date:   August 28, 2018 |

Per FRCP Rule 26(a)(2)(D)(i), Plaintiff Jamie Stoffel ("Plaintiff") and Defendant Kohl's Department Stores, Inc.., ("Defendant") hereby stipulate that parties shall have an additional 30 days to submit expert disclosures.

/ / /

/ / /

/ / /

/ / /

1  The Court therefore continues the Parties' deadline to submit expert
2  disclosures from May 30, 2018 until June 29, 2018.
3  **All other dates in this matter remain the same.**
4
5  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
6
7
8  Date: May 24, 2018                                         _____
9                                                             Honorable Manuel L. Real
                                                              United States District Judge