Julie R. Trotter, Bar No. 209675
Shirin Forootan, Bar No. 260390
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
jtrotter@calljensen.com
sforootan@calljensen.com

Attorneys for Defendant Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMIE STOFFEL,<br><br>                Plaintiff,<br><br>        vs.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>a Delaware corporation; and DOES 1<br>through 10 inclusive,<br><br>                Defendants. | Case No. 5:17-cv-2168 R (KKx)<br><br>**STIPULATION TO CONTINUE TRIAL TO NOVEMBER 13, 2018, AND TO CONTINUE ALL TRIAL AND DISCOVERY RELATED DEADLINES**<br><br>Complaint Filed: August 24, 2017<br>Trial Date:       August 28, 2018 |

Per FRCP Rule 40 and Central District Local Rule 40-1, Plaintiff Jamie Stoffel ("Plaintiff") and Defendant Kohl's Department Stores, Inc., ("Defendant") hereby request that the Court continue the trial date in this matter from August 28, 2018 to November 13, 2018, and related trial and discovery deadlines, for the reasons set forth below:

CALL & JENSEN

WHEREAS:

1.      Trial in this matter is scheduled for August 28, 2018.

2.      To date the Parties have served written discovery, conducted three depositions, exchanged thousands of pages of documents, subpoenaed several third parties, retained expert witnesses regarding economic damages and psychological damages.

3.      Defendant will file a Motion for Summary Judgment, in the alternative, Partial Summary Judgment, on June 18, 2018.

4.      Plaintiff's mental examination is scheduled for June 20, 2018.

5.      Plaintiff intends to take the depositions of witnesses Shelly York and Leslie Pickron on June 26, 2018.

6.      Plaintiff intends to take the deposition of out-of-state witness Jeff Keeler on July 26, 2018.

7.      Plaintiff intends to take the deposition of witness Cindy Delatorre on June 29, 2018.

8.      The Parties seek to engage in meaningful settlement negotiations prior to the hearing on Defendant's Summary Judgment Motion, which is currently scheduled for July 16, 2018.

9.      The Parties have arranged mediation with Steve Mehta on August 8, 2018.

10.     The Parties are unable to mediate sooner due to the schedule of the mediator selected jointly by the parties and travel for Kohl's representative, who is located in Wisconsin.

11.     The Parties agree that with a short trial continuance of 2 ½ months until November 13, 2018, as well as a continuance of all trial and discovery related deadlines, the Parties can avoid incurring further expenses on this case while meaningful settlement negotiations are pending. Some examples of upcoming deadlines include: June 20, 2018 (in-person meeting of counsel per Local Rule 16-2); June 29, 2018 (exchange expert reports); July 9, 2018 (memorandum of fact and law,

exhibit list, and witness lists, and discovery cut-off); and additional depositions and discovery.

12.    If the Court grants this Stipulation, the hearing date for Defendant's summary judgment motion can be taken off calendar because the Parties intend to mediate before a decision is rendered on Defendant's summary judgment motion.

13.    If mediation is unsuccessful, the hearing date for Defendant's summary judgment motion will be placed back on calendar for October 1, 2018, provided the parties inform the Court by August 10, 2018 of any unsuccessful mediation.

14.    Plaintiff is allowed three weeks to prepare her opposition and Defendant is allowed two weeks to prepare its reply.

15.    If the Court grants this Stipulation, the depositions of Leslie Pickron, Shelly York, and Jeff Keeler will take place after mediation, if necessary. Plaintiff's mental examination and the deposition of Cindy Delatorre, however, will go forward as scheduled in advance of mediation, so that the parties can evaluate the case further before mediation.

16.    If mediation is unsuccessful, the depositions of Leslie Pickron, Shelly York, and Jeff Keeler will be scheduled to take place within 10 days of the mediation date such that these depositions will be completed prior to the due date for Plaintiff's Opposition to Defendant's Summary Judgment Motion.  Nothing in this Stipulation bars the Parties from engaging in additional discovery, to the extent desired.

NOW, THEREFORE, the Parties stipulate as follows:

1.    Trial is continued from August 28, 2018 to November 13, 2018, or as soon thereafter as is convenient for the Court;

2.    Expert disclosure deadline is September 11, 2018;

3.    Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on September 24, 2018, which date will also serve as the discovery cut-off date in this action;

4.      The Pre-Trial Conference Order shall be lodged with the Court on October 8, 2018;

5.      The Final Pre-Trial Conference is October 15, 2018;

6.      And any remaining trial and discovery related deadlines also be continued and triggered from the new trial date, as appropriate.

Dated:  June 14, 2018                    CALL & JENSEN
                                         A Professional Corporation
                                         Julie R. Trotter
                                         Shirin Forootan


                                         By:/s/ Shirin Forootan
                                               Shirin Forootan

                                         Attorneys for Defendant Kohl's Department Stores, Inc.


Dated:  June 14, 2018                    The Myers Law Group, A.P.C.
                                         David P. Myers
                                         John M. Tomberlin


                                         By:/s/ John M. Tomberlin
                                               John M. Tomberlin

                                         Attorneys for Plaintiff Jamie Stoffel

STIPULATION TO CONTINUE TRIAL TO NOVEMBER 13, 2018, AND TO CONTINUE ALL TRIAL AND DISCOVERY RELATED DEADLINES

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to John M. Tomberlin, Counsel for Plaintiff Jamie Stoffel, and that I have obtained Mr. Tomberlins's authorization to affix his electronic signature to this document.

Dated:  June 14, 2018

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Shirin Forootan

By:*/s/ Shirin Forootan*
      Shirin Forootan

Attorneys for Defendant Kohl's Department Stores, Inc.

STIPULATION TO CONTINUE TRIAL TO NOVEMBER 13, 2018, AND TO CONTINUE ALL TRIAL AND DISCOVERY RELATED DEADLINES