Julie R. Trotter, Bar No. 209675
Shirin Forootan, Bar No. 260390
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
jtrotter@calljensen.com
sforootan@calljensen.com

**NOTE: CHANGES MADE BY THE COURT**

Attorneys for Defendant Kohl's Department Stores, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAMIE STOFFEL,<br><br>    Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.  5:17-cv-2168 R (KKx)<br><br>**ORDER IN SUPPORT OF STIPULATION TO CONTINUE TRIAL TO NOVEMBER 13, 2018, AND TO CONTINUE ALL TRIAL AND DISCOVERY RELATED DEADLINES**<br><br>Complaint Filed:   August 24, 2017<br>Trial Date:             August 28, 2018 |

1  Per FRCP Rule 40 and Central District Local Rule 40-1, Plaintiff Jamie Stoffel ("Plaintiff") and Defendant Kohl's Department Stores, Inc., ("Defendant") hereby stipulate that the Court continue the trial date, and continue related trial and discovery deadlines so that the Parties can engage in settlement negotiations and mediation.

The Court hereby continues the jury trial from August 28, 2018 to **October 2, 2018 at 9:00 a.m**.; Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on **August 13, 2018**, which date will also serve as the discovery cut-off date in this action; the Pre-Trial Conference Order shall be lodged with the Court on **September 3, 2018**; the Final Pre-Trial Conference is **September 11, 2018 at 11:00 a.m.;** and any remaining trial and discovery related deadlines also be continued and triggered from the new trial date, as appropriate.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date:  June 20, 2018

_____
Honorable Manuel L. Real
United States District Judge